UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| RICHARD KRAFT,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, INC.,<br><br>        Defendant. | CASE NO. 09-cv-04043-SBA<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |

The Court has reviewed the Stipulation of Plaintiff RICHARD KRAFT and Defendant ALLIED INTERSTATE, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

---

06014.00/159778

**1**

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: 12/7/09      *Saundra B. Armstrong*
                     UNITED STATES DISTRICT JUDGE